United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 19-10771-pmm
Scott A. Naylor                                                                                 Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: YvetteWD    Page 1 of 1    Date Rcvd: Mar 27, 2020
                        Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2020.
db              +Scott A. Naylor,   726 Fiot Avenue,   Bethlehem, PA 18015-2739

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2020 at the address(es) listed below:
      PAUL H. YOUNG    on behalf of Debtor Scott A. Naylor support@ymalaw.com, ykaecf@gmail.com, paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
      REBECCA ANN SOLARZ    on behalf of Creditor   HSBC BANK USA,NATIONAL ASSOCIATION et.al. bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor   HSBC Bank USA, National Association as Trustee for MASTR Reperforming Loan Trust 2005-2 bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor   Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
      ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
      SCOTT WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
      THOMAS YOUNG.HAE SONG    on behalf of Creditor   HSBC BANK USA,NATIONAL ASSOCIATION et.al. paeb@fedphe.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                TOTAL: 9

U.S. BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   CHAPTER 13

Debtor:   SCOTT A. NAYLOR                        BANKRUPTCY NO. 19-10771

ORDER

AND NOW, upon consideration of the Application for Compensation (the Application) filed by the Debtor's counsel (the Applicant)l and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby ORDERED that:

1. The Application is GRANTED.
2. Compensation is ALLOWED in favor of the Applicant in the amount of $4,000.
3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. Section 1326(b), 11 U.S.C. Section 507, 11 U.S.C. Section 503(b) and 11 U.S.C., Section 330(a){4)(B), the allowed compensation set forth in paragraph 2 less $1,000 which was paid by the Debtor prepetition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 Plan.

Date: March 27, 2020

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE