| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-10771-PMM

SCOTT A. NAYLOR
726 FIOT AVENUE
BETHLEHEM  PA    18015

Petition Filed Date: 02/06/2019
341 Hearing Date: 04/16/2019
Confirmation Date: 03/26/2020

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/04/2019 | $270.00 | | 04/09/2019 | $300.00 | | 05/06/2019 | $285.00 | |
| 06/17/2019 | $285.00 | Monthly Plan P | 07/12/2019 | $285.00 | Monthly Plan P | 09/17/2019 | $595.00 | Monthly Plan P |
| 10/18/2019 | $260.00 | | 11/12/2019 | $260.00 | | 12/13/2019 | $260.00 | |
| 01/21/2020 | $300.00 | | 02/18/2020 | $300.00 | | 03/18/2020 | $300.00 | |
| 04/27/2020 | $300.00 | | 05/11/2020 | $300.00 | | 06/15/2020 | $300.00 | |
| 07/15/2020 | $290.00 | | | | | | | |

**Total Receipts for the Period: $4,890.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,890.00**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | SPECIALIZED LOAN SERVICING LLC<br>»» 002 | Mortgage Arrears | $10,897.70 | $1,339.56 | $9,558.14 |
| 3 | SPECIALIZED LOAN SERVICING LLC<br>»» 003 | Secured Creditors | $788.80 | $96.96 | $691.84 |

**Chapter 13 Case No. 19-10771-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,890.00 | Current Monthly Payment: | $270.00 |
| Paid to Claims: | $4,436.52 | Arrearages: | $100.00 |
| Paid to Trustee: | $453.48 | Total Plan Base: | $16,330.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.