| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-10771-PMM

SCOTT A. NAYLOR
726 FIOT AVENUE
BETHLEHEM  PA    18015

Petition Filed Date: 02/06/2019
341 Hearing Date: 04/16/2019
Confirmation Date: 03/26/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/21/2020 | $300.00 | | 02/18/2020 | $300.00 | | 03/18/2020 | $300.00 | |
| 04/27/2020 | $300.00 | | 05/11/2020 | $300.00 | | 06/15/2020 | $300.00 | |
| 07/15/2020 | $290.00 | | 08/17/2020 | $290.00 | | 09/18/2020 | $290.00 | |
| 10/13/2020 | $290.00 | | 11/13/2020 | $290.00 | | 12/16/2020 | $290.00 | |
| 01/19/2021 | $295.00 | | 02/19/2021 | $290.00 | | 03/22/2021 | $295.00 | |
| 04/20/2021 | $290.00 | | | | | | | |

**Total Receipts for the Period:  $4,710.00   Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $7,510.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | SPECIALIZED LOAN SERVICING LLC<br>»» 002 | Mortgage Arrears | $10,897.70 | $3,595.48 | $7,302.22 |
| 3 | SPECIALIZED LOAN SERVICING LLC<br>»» 003 | Secured Creditors | $788.80 | $260.24 | $528.56 |

**Chapter 13 Case No. 19-10771-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,510.00 | Current Monthly Payment: | $270.00 |
| Paid to Claims: | $6,855.72 | Arrearages: | $180.00 |
| Paid to Trustee: | $654.28 | Total Plan Base: | $16,330.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.