| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-10771-PMM

SCOTT A. NAYLOR
726 FIOT AVENUE
BETHLEHEM  PA    18015

Petition Filed Date: 02/06/2019
341 Hearing Date: 04/16/2019
Confirmation Date: 03/26/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/20/2021 | $290.00 | | 07/19/2021 | $290.00 | | 11/12/2021 | $300.00 | |
| 11/12/2021 | $970.00 | | 02/16/2022 | $580.00 | | 04/26/2022 | $290.00 | |
| 07/28/2022 | $1,260.00 | | | | | | | |

**Total Receipts for the Period: $3,980.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $11,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | SPECIALIZED LOAN SERVICING LLC<br>»» 002 | Mortgage Arrears | $10,897.70 | $5,674.77 | $5,222.93 |
| 3 | SPECIALIZED LOAN SERVICING LLC<br>»» 003 | Secured Creditors | $788.80 | $410.75 | $378.05 |

**Chapter 13 Case No. 19-10771-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,200.00 | Current Monthly Payment: | $270.00 |
| Paid to Claims: | $9,085.52 | Arrearages: | $0.00 |
| Paid to Trustee: | $955.28 | Total Plan Base: | $16,330.00 |
| Funds on Hand: | $1,159.20 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.