| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 19-10771-PMM

SCOTT A. NAYLOR　　　　　　　　　　　　　　　　　　　　　　　Petition Filed Date: 02/06/2019
726 FIOT AVENUE　　　　　　　　　　　　　　　　　　　　　　　　341 Hearing Date: 04/16/2019
BETHLEHEM  PA    18015　　　　　　　　　　　　　　　　　　Confirmation Date: 03/26/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/14/2022 | $1,100.00 | | 04/18/2023 | $900.00 | | 04/19/2023 | $300.00 | |
| 05/16/2023 | $295.00 | | | | | | | |

**Total Receipts for the Period: $2,595.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $13,795.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | SPECIALIZED LOAN SERVICING LLC<br>»» 002 | Mortgage Arrears | $10,897.70 | $8,968.04 | $1,929.66 |
| 3 | SPECIALIZED LOAN SERVICING LLC<br>»» 003 | Secured Creditors | $788.80 | $649.13 | $139.67 |

**Chapter 13 Case No. 19-10771-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,795.00 | Current Monthly Payment: | $270.00 |
| Paid to Claims: | $12,617.17 | Arrearages: | $915.00 |
| Paid to Trustee: | $1,177.83 | Total Plan Base: | $16,330.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.