UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

**IN RE:**     **CASE NO.: 19-10771**
    **CHAPTER 13**

**Scott A. Naylor,**
   **Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
13010 Morris Rd., Suite 450
Alpharetta, GA  30004
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Michelle L. McGowan, Esq.
    Michelle L. McGowan, Esq.
    Email: mimcgowan@raslg.com

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on August 29, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

SCOTT A. NAYLOR
726 FIOT AVENUE
BETHLEHEM, PA 18015

And via electronic mail to:

YOUNG, MARR, MALLIS & DEANE, LLC
3554 HULMEVILLE RD., STE 102
BENSALEM, PA 19020

SCOTT F. WATERMAN [CHAPTER 13]
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE. SUITE 100
READING, PA 19606

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
SUITE 320
PHILADELPHIA, PA 19107

                                            By: /s/ Angela Gill